GLEASON et al. v. JOHN L. SCHWARZ BREWING CO. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by William H. Gleason and others against the John L. Schwarz Brewing Company and Edward H. Gleason. No opinion. Judgment modified, by striking therefrom

the paragraph numbered third, and, as so modified, affirmed, without costs of this appeal to either party. Held, that under the contract the brewing company was entitled to charge only the prevailing market or agreed price, but that question was not within the issues.